17 November 2020

FILED
IN CLERKS OFFICE
2020 NOV 20 PM 1:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

EMORY G. SNELL, JR.
1 Harvard Rd.
Shirley, Ma. 01464-1218

Chief Justice
United States District Court
1 Courthouse Way
Boston, Ma. 02210

Re: SNELL v. DESCOTEAUX, et al., USDC No.____ & **Imminent Death**

Dear Chief Justice:

In the above captioned matter, not yet docketed, I seek to enjoin the defendants from their collective continuance of barring me a "cardiac" follow-up, when on 4/19/2019, John Cadigan, MD, a cardiac surgeon diagnosed me with (a) dilated aorta, and (b) ascending root. Both these cardiac conditions exceed the upper limits of their respective capacities, which mandate elective / resection surgery immediately, as evinced by the attached: Surgical treatment of the Dilated Ascending Aorta: When and How? By way of ECHOcardiogram Report, Dr. Cadigan found that cardiac condition dire, and required a year later follow-up. Deft. Descoteaux acknowledged in a 2 March 2020 letter Dr. Cadigan's request to see me in a year. However, Descoteaux's subordinates in as retaliation for criminal (State Dist.Ct.) complaints, or Board complaints, discriminated against me by "modifying" a doctor's previous order for 'No Stair Climbing' (in toto) to a 'No Stair Climbing in the housing unit,' which they knew would invalidate an ADA/RA reasonable accommodation for car transport.

I close, praying that the Federal Courts can protect me from immininet death, as a rupture of my dilated aorta/ascending root, is a catastrophic and usually fatal event. I am

Very Respectfully Yours,

Emory G. Snell, Jr., / pro se

encls.