1 December 2020

EMORY G. SNELL, JR.
1 Harvard Rd.
Shirley, Ma. 01464-1218

Francis Castilla, Clerk
Hon. Nathaniel M. Gorton
U.S. District Court
John Joesph Moakley Cthse
1 Courthouse Way
Boston, Ma. 02210

Re: SNELL v. DESCOTEAUX, et al., USDC No.1:20-cv-12093-NMG

Dear Clerk Castilla:

Today, I received notice that the above captioned civil rights causation was docketed in the Court. In writing, I kindly implore you to take the following actions.

1- Correct docket as to "Jury Trial Demand" requested;

2- Provide (8) Summones for USMS service of process, and

3- Provide me copies of D.E.##1,2 (due to inability to make same prior to mailing to Court, arising from prison lockdown pandemic.

I close, thanking you in advance, I am

Very truly yours,

Emory G. Snell, Jr., pro se

/EGS

FILED
IN CLERKS OFFICE
2020 DEC -4 PM 12:55
U.S. DISTRICT COURT
DISTRICT OF MASS.

EMORY G. SNELL, JR., W59191
1 Harvard Rd.
Shirley, Ma. 01464-1218

BOSTON MA 021
2 DEC 2020 PM 10L



FILED
IN CLERKS OFFICE
2020 DEC -4 PM 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

Francis Castilla, Clerk
Hon. Nathaniel M. Gorton
U.S. District Court
1 Courthouse Way
Boston, Ma. 02210

OFFICIAL COURT LEGAL MAIL - 1 Dec. 2020

02210-302599