United States District Court
District of Massachusetts

| | |
|---|---|
| Emory G. Snell, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 20-12093-NMG |
| Steven Descoteaux, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**GORTON, J.**

The Court has received and reviewed yet another motion of plaintiff Emory G. Snell, Jr. ("Snell" or "plaintiff") for a temporary restraining order ("TRO") (Docket No. 61). As this Court has stated before (see Order, Docket No. 14), it will not direct defendants to provide access to a cardiac consult or arrange for the performance of heart surgery without first allowing them to respond to plaintiff's motion. For that reason, his motion (Docket No. 61) is, to the extent it seeks a TRO, **DENIED without prejudice**.

The Court will continue to monitor Snell's physical health condition and, to the extent he seeks a preliminary injunction, it will hold his motion in abeyance pending a response from defendants which is now due on September 10, 2021. Should

Snell's condition change, this Court will reconsider the enlargement of time previously granted to defendants to respond to the complaint and the motion for a preliminary injunction.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated August 2, 2021