UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMORY G. SNELL, Jr.<br><br>    Plaintiff<br><br>v.<br><br>STEVEN DESCOTEAUX, MD<br>MARIA L. ANGELES, MD<br>CARLOS FLORES, NP<br>MICHELE LAFOUNTAIN, NP<br>CAROL MICI, COMMISSIONER,<br>    DEPARTMENT OF CORRECTION<br>JAMES M. O'GARA, DIRECTOR, ADA<br>KELLY HASTINGS,<br>    DEPUTY SUPERINTENDENT<br>    OF REENTRY<br>    MCI-SHIRLEY<br>MICHAEL RODRIGUES,<br>    SUPERINTENDENT,<br>    MCI-SHIRLEY<br><br>    Defendants | C.A. No. 1:20-CV-12093-NMG |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Carol Mici, Commissioner of the Massachusetts Department of Correction ("Commissioner Mici"), Defendant James O'Gara, Director of the Americans with Disabilities Act ("Director O'Gara"), Defendant Kelly Hastings, Deputy Superintendent of Reentry at Massachusetts Correctional Institution – Shirley ("MCI-Shirley") ("Deputy Hastings"), and Defendant Michael Rodrigues, Superintendent MCI-Shirley ("Superintendent Rodrigues"), collectively ("DOC Defendants"), hereby move this Court to dismiss the Plaintiff's Complaint for failure to state a claim upon which relief can be granted. In support of this Motion, the Defendants submit the accompanying memorandum of law.

WHEREFORE, Defendants Carol Mici, James O'Gara, Kelly Hastings, and Michael Rodrigues respectfully request that the Court ALLOW their Motion to Dismiss Plaintiff's Complaint.

Dated September 28, 2021

Respectfully submitted,

DOC DEFENDANTS,
By their attorney,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Connor C. Tarr
Connor C. Tarr, B.B.O. #706860
Department of Correction, Legal Division
70 Franklin Street, Suite #600
Boston, MA 02110-1327
Tel. (617) 727-3300 Ext. 1186
Connor.Tarr@doc.state.ma.us

**CERTIFICATE OF SERVICE**

I, Connor C. Tarr, hereby certify that on this 28th day of September, 2021, I caused the foregoing document to be filed via the Court's electronic filing system (ECF) and caused a true and accurate copy of the foregoing document to be served on all non-registered parties via first-class mail, as follows:

Emory Snell, W59191
MCI – Shirley
Harvard Road
P.O. Box 1218
Shirley, MA 01464

/s/ Connor C. Tarr
Connor C. Tarr