Emory G. Snell, Jr.
1 Harvard Rd.
Shirley, MA 01464-1218

September 19, 2022

Hon. Nathaniel M. Gorton
In Chambers - Suite 3110
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: SNELL v. DESCOTEAUX, No. 20-12093NMG

Honorable Mr. Justice Gorton:

I am compelled to expressly communicate a retaliatory action by the Wellpath Defendants, which once again, through their criminal gross negligence, places me in jeopardy of imminent death. Suffice it to say, past pro se attempts at relief, e.g., TRO/PI are not promptly adjudicated leaving me at the mercy of chance, that a stroke or aortic rupture will instantly end my life. In other Orders from this Court, it has stated it "will be monitoring my condition." The contemplated seizure of Cardiologists prescribed heart medications, I presume, is exactly the monitoring the Court referred to, and prompts this extraordinary action. Wellpath Defendants intend to confiscate my heart medications, specifically, ELIQUIS, BETAPACE and PLAVIX. As the Court clearly recognized 4/13/2021 (DE#14), my dilated ascending aortic root, is a *life-threatening cardiac* condition, that requires monitoring to avoid death. id. Those crucial cardiac medications have been prescribed by Boston Medical Center (BMC) cardiologists Zoran Nedeljkovic, and Kevin Monahan, respectively, and *not* the Wellpath Defendants, to prevent blockage of the 2/19/2021 implanted Right Coronary Artery (RCA) stent, as well as, return of my heart to Atrial Fibrillation (Afib), corrected after 9-month

delay by electro-shock Cardioversion. Indeed, in the 4/13/2021 Order, the Court referenced Thoracic Society studies (DE#1-2 at 3-8) which confirmed that a dilated ascending aorta can cause imminent death by acute dissection, spontaneous rupture and intramural hematoma. id. The Court additionally took note of the cardiologists finding the greater risk of death from mandatory surgery of patients over 60 (I'm 66 years old) is FOUR times higher. id. Of unequivocal importance is the Court's finding that the proximate cause of my complaint is that the serious bodily injury was the direct result of purported "misconduct of one or more of these defendant's." id. at *3. Accordingly since my circumstances are dire, and continued efforts pursuant to 3006A to appoint counsel have been fruitless to date, notwithstanding unassailable prima facie evidence of intentional violations of federal civil rights; criminal gross negligence, and clearly inadequate [ESTELLE v. GAMBLE] medical care, my only appropriate option is, to directly relay this serious retaliatory interference of the Wellpath Defendants' critical cardiac medications seizure to the Court, before my causation is continued by my Estate because of my demise. I've taken the liberty to enclose an Order preventing the Wellpath Defendants from again placing me in jeopardy of imminent death by acute dissection, spontaneous rupture or intramural hematoma, through retaliatory seizure of my ELIQUIS, BETAPACE and PLAVIX. I pray that the Court will immediately grant my requested relief.

Very Respectfully Yours,

*Emory G. Snell, Jr., pro se*

Emory G. Snell, Jr., pro se

cc: William Saltzman