Emory G. Snell Jr.
1 Harvard Rd.
Shirley, MA 01464-1218

July 21, 2021

| Carol Mici | Michael Rodrigues | Stacey Butkowski |
|---|---|---|
| DOC Comsr. | MCI-Shirley Supt. | MCI-Shirley Dir. Of Treatment |
| 50 Maple St., Ste. 3 | 1 Harvard Road | 1 Harvard Road |
| Milford, MA 01757 | Shirley, MA 01464 | Shirley, MA 01464 |
| Fax: (508) 422-3385 | Fax: (978) 514-6601 | Fax: (978) 514-6601 |

Re: Refusal to Provide Critical 8pm Eliquis Heart Medication – 7/21/2021

Dear Cmsr. Mici and Supt. Rodrigues:

At 8pm on Wed. 7/21/2021 I was refused by the 3pm x 11pm HSU Security Sergeant and his superior, a Lieutenant, from receiving my nightly Eliquis heart medication dosage. As both of you are aware, a federal civil rights law suit in which both of you are defendants, was brought due to your criminal negligence and callous indifference towards my 4/12/2019 Dr. Cadigan ordered dilated ascending aorta. The judge on 4/13/2021 deemed that I have made a serious claim of bodily injury as well as imminent death.

In sum, the refusal of doctor ordered Eliquis cardiac medication and the cavalier response of 'file a grievance' by the Lieutenant, is exactly the proximate cause of my injuries which were foreseeable and ignored by this administration and their private for-profit medical provider.

My fiancée, Belinda Souza, called MCI-Shirley this evening to attempt to have my evening dose of Eliquis cardiac medication provided. She was directed to Lt. Burke, who advised that he could not intervene and that the Director of Treatment, Stacey Butkowski should be contacted during 9am – 5pm on 7/22/2021, as she is the liaison for Wellpath.

I close, engaging each of you to rectify this situation immediately, as doctor prescribed. Additionally, I will communicate this reckless disregard to Judge Gordon, and ask that the Court permanently enjoin you both as defendants from future egregious misconduct that further places me in the life-threatening situation of imminent death.

Regards,

*Emory G. Snell Jr.*

Emory G. Snell Jr., W59191

Exhibit "A"

Emory G. Snell Jr.
1 Harvard Rd.
Shirley, MA 01464-1218

August 16, 2021

John Straus, MD
Statewide Medical Director
Wellpath - Ste. 250
16 Chestnut St.
Foxborough, MA 02035

Re: Wellpath Incompetence, Risk of Imminent Death – Atrial Fibrillation

Dear Dr. Strauss:

As you are recently aware, there was a problem at MCI-Shirley with the dispensing of my essential heart medication, Eliquis on 7/21/2021. When I brought it to the attention of Wellpath MCI-Shirley, I was told it was a DOC MCI-Shirley matter, with the remedy being file a grievance.

The current issue, which again concerns my medically well-documented heart disease, is N.P. Carlos Flores' incompetence in allowing cardiac medication prescriptions to expire for both my atenolol (exp. 7/11/2021, 8am) and atorvastatin calcium (exp. 7/10/2021, 8pm). I attempted to get the medications refilled at the KOP window and was never informed that the medication prescriptions had expired. The Wellpath nurses blamed it on the pharmacy, stating that the pharmacy didn't send the medications.

While preparations were made for the nuclear PET scan performed on 8/16/2021, I discussed the 2019 echocardiogram with the attending cardiologist, as well and my eliquis, plavix, atenolol and atorvastatin calcium medications. I specifically described the almost 2-week deprivation of the atenolol and atorvastatin calcium medications. The attending cardiologist stated that these were serious mis-steps in my cardiac therapy and should be remedied immediately as death would be imminent.

On return to MCI-Shirley from BMC, I brought the expired medications to the attention of the MCI-Shirley receiving Wellpath nurse at 4pm. She told me to put in a sick slip to see my provider. These above examples are unassailable evidence of medical malfeasance. On 2/26/202,

provider. These above examples are unassailable evidence of medical malfeasance. On 2/26/202, BMC cardiologist Dr. Zoran Nedeljkovic detailed the importance of taking these cardiac medications *daily* for the remainder of my life. I've attached excerpts from the Physician's Desk Reference (PDR) for both atenolol and atorvastatin calcium for your reference. Note the following regarding abrupt discontinuation of atenolol under two sections; BOXED WARNING and CONTRAINDICATIONS / PRECAUTIONS:

> **Abrupt discontinuation**
> Abrupt discontinuation of any beta-adrenergic blocking agent, including atenolol, *particularly in patients with preexisting cardiac disease, can cause myocardial ischemia, myocardial infarction, ventricular arrhythmias, or severe hypertension*. (emphasis added)

In closing, as you are aware, I have been medically diagnosed with several severe cardiac conditions, among other medical conditions: dilated aorta ascending root; cardiac artery disease; and atrial fibrillation. The acts of incompetent Wellpath associates who have no idea of the importance of properly treating heart disease and deviate from doctor ordered prescribed treatment add to the on-going fear of imminent death. The first principle of the American Medical Association's (AMA) Medical Ethics is "A physician shall be dedicated to providing competent medical care, with compassion and respect for human dignity and rights." Additionally, the Wellpath self-proclaimed mantra as per your website (www.wellpathcare.com) is "Always Do The Right Thing." As such, I expect that this complaint will receive your utmost serious attention for resolution and that you remove N.P. Carlos Flores and assign Dr. Maria Angeles to my case.

Regards,

*Emory G. Snell Jr.*
Emory G. Snell Jr.

cc: Judge Nathaniel M. Gorton
William Saltzman, Esq.
Zoran Nedeljkovic, MD
B. K. Snell, MD

Exhibit "B-2"