UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMORY G. SNELL, JR.
    Plaintiff,

v.                                                    No. 20-12093NMG

STEVEN DESCOTEAUX, et al.,
    Defendants.

## ORDER

It is Ordered, decreed and adjudicated that the Wellpath Defendants will cease and desist from seizure or confiscation of the Plaintiffs doctor-prescribed heart medications, specifically: ELIQUIS; BETAPACE, both keep on person (KOP), administered twice daily by the Plaintiff, as well as, PLAVIX keep on person (KOP), administered once daily by the Plaintiff. Further Ordered, the Wellpath Defendants will, without delay, interruption, or obstruction renew each KOP heart medication and all other cardiac prescribed medications in combination, prescribed as required by Boston Medical Center (BMC) Cardiologists Zoran Nedeljkovic, and Kevin Monahan, to control blood pressure and cholesterol, and promptly deliver to Plaintiff on his request, to ensure that each doctor-prescribed medication will be continually available to Plaintiff. Furthermore, the Wellpath Defendants will cease and desist from any future seizure or confiscation of the Plaintiff's doctor-prescribed heart medications named herein, until such time that an Order is issued by the Court, particularly authorizing them to do so. So Ordered.

By the Court

_____
Justice Nathaniel M. Gorton
United States District Judge

Dated: