FILED
IN CLERKS OFFICE

2022 SEP 29  PM 12: 39

Emory G. Snell, Jr.
1 Harvard Rd.
Shirley, MA  01464-1218

September 24, 2022

Ms. Christina Lima, Clerk
Hon. Nathaniel M. Gorton
US District Court
Suite 3110
1 Courthouse Way
Boston, MA 02210

Re:   SNELL v. DESCOTEAUX, et al.
      No. 20-cv-12093NMG

Dear Madame Clerk Lima:

In the above "imminent death" causation, kindly at your earliest convenience, docket the enclosed:

- Plaintiff's Verified Motion To Enjoin All Defendants' Retaliatory Confiscation Of Doctor-Prescribed Eliquis, Or Any Cardiac And Other Critical Care Keep On Person (KOP) Medications
- SNELL v. DESCOTEAUX No. 20-12093NMG – Emergency Oral Argument Requested

I am, as always,

Very Truly Yours,

*[signature: Emory G Snell Jr., prose]*

Emory G Snell, Jr., pro se

/encls

cc: William Saltzman, Esq.