United States District Court
District of Massachusetts

|   |   |
|---|---|
| Emory G. Snell, Jr.,  )<br>  )<br>     Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>Steven Descoteaux, et al.,  )<br>  )<br>     Defendants.  )<br>  ) | Civil Action No.<br>20-12093-NMG |

**ORDER**

**GORTON, J.**

The Court is in receipt of the letter filed by Emory G. Snell, Jr. ("Snell" or "plaintiff") on June 23, 2022 (Docket No. 174), the letter filed by plaintiff on June 29, 2022 (Docket No. 176) and the motion filed by plaintiff on June 29, 2022 (Docket No. 177).

Having reviewed those pleadings, the Court directs defendants Steven Descoteaux, MD, Maria Angeles, MD, Carlos Flores, NP and Michelle LaFountain, RN (collectively, the "Medical Defendants") to respond to plaintiff's allegations forthwith.  The Medical Defendants are further instructed to ensure that Snell receives all cardiac medication that he has been prescribed pending further consideration of this matter.

All other pending motions remain under advisement.

**So ordered.**

                                          /s/ Nathaniel M. Gorton
                                          Nathaniel M. Gorton
                                          United States District Judge

Dated: September 30, 2022