UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EMORY G. SNELL, JR.,<br>        Plaintiff,<br><br>        v.<br><br>MD STEVEN DESCOTEAUX, et al.,<br>        Defendants. | Civil Action No.<br>20-cv-12093-NMG |

**ORDER**

GORTON, J.

Now before the Court are six motions filed by pro se plaintiff Emory G. Snell, Jr. (Docket ## 112, 114, 115, 123, 124, and 134). The motions are DENIED for the following reasons:

1.    In each of these motions, Snell asks that the Court appoint him counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. The Criminal Justice Act does not, however, provide for the use of public funds to represent a prisoner in a non-habeas civil action. See 18 U.S.C. § 3006(a)(1), (2).

2.    To the extent that Snell seeks appointment of a pro bono attorney who will represent Snell without being reimbursed for their time, the Court will direct one of the Pro Bono Coordinators of this Court to circulate a description of this action among attorneys who have expressed an interest in providing pro bono representation in this Court.  The case will

nonetheless go forward pending this effort, and the Court cannot guarantee that the Pro Bono Coordinator will locate pro bono counsel for Snell.

    3.    All other requests for relief in the above-listed motions are DENIED.

    **So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated: 10/18/2022